

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

December 13, 2019

**VIA ECF AND FIRST-CLASS MAIL**
Honorable Michael A. Hammer, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:    *Celgene Corp. v. Teva Pharmaceuticals USA, Inc.*
            Civil Action No. 19-8758 (ES)(MAH)

Dear Judge Hammer:

      This firm, together with Kirkland & Ellis LLP represents Defendant Teva Pharmaceuticals USA, Inc. ("Teva") in connection with the above-referenced matter. Enclosed for the Court's consideration is a proposed Order granting Celgene's request for an Order compelling Teva to respond to Celgene's Second Set of Requests for Production to Teva Pharmaceuticals USA, Inc. (Nos. 2-23) (the "Requests"). Teva served responses to the Requests on December 9, 2019. If the proposed Order meets with Your Honor's approval, we respectfully request that Your Honor sign and have it entered on the docket.

      We thank the Court for its consideration of the attached and are available should Your Honor or your staff have any questions or need anything further.

                                        Respectfully submitted,

                                        *s/Liza M. Walsh*

                                        Liza M. Walsh

Encl.
cc: Hon. Esther Salas, U.S.D.J. (via ECF)
    All Counsel of Record (via ECF and Email)