UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CELGENE CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> Defendant. | Civil Action No. 19-8758 (ES)(MAH) <br><br> (Filed Electronically) |

**[PROPOSED] ORDER**

THIS MATTER having been brought before the Court upon the application of Plaintiff Celgene Corporation ("Celgene") (ECF No. 48) seeking an order compelling Defendant Teva Pharmaceuticals USA, Inc. ("Teva") to respond to Celgene's Second Set of Requests for Production to Teva Pharmaceuticals USA, Inc. (Nos. 2-23), the Court having considered the submission of Celgene in support of the application; having heard the arguments of counsel on November 7, 2019; and the Court having been informed that Teva responded to these requests on December 9, 2019; and for good cause shown:

IT IS on this ___ day of December 2019,
ORDERED THAT:

Celgene's request for an Order compelling Teva to respond to Celgene's Second Set of Requests for Production to Teva Pharmaceuticals USA, Inc. (Nos. 2-23) is **GRANTED**.

_____
**HON. MICHAEL A. HAMMER**
**United States Magistrate Judge**

cc: Hon. Esther Salas, U.S.D.J.