# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CELGENE CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TEVA PHARMACEUTICALS USA, INC.<br><br>　　　　　Defendant. | Civil Action No. 19-cv-08758 (ES)(MAH)<br><br>**NOTICE OF MOTION FOR LEAVE TO FILE AMENDED ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS**<br><br>*Electronically Filed* |

**PLEASE TAKE NOTICE** that on March 16, 2020, or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendant Teva Pharmaceuticals USA, Inc. ("Teva") shall move before the Honorable Michael A. Hammer, U.S.M.J. at the United States District Court of New Jersey, Martin Luther King Jr. Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for entry of an Order granting it leave to file an Amended Answer, Affirmative Defenses and Counterclaims.

**PLEASE TAKE FURTHER NOTICE** that in support of its motion, Teva will rely upon the moving Brief, Certification of Liza M. Walsh with exhibits annexed thereto, as well as any submission offered on reply.

DATED: February 21, 2020

*s/Liza M. Walsh*
Liza M. Walsh
Christine I. Gannon
Joseph L. Linares
WALSH PIZZI O'REILLY FALANGA LLP
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel.: (973) 757-1100

*Of Counsel:*
Jay P. Lefkowitz
Jeanna M. Wacker

Christopher T. Jagoe
Mark C. McLennan
Ashley Cade
KIRKLAND & ELLIS LLP
601 Lexington Avenue New York, NY 10022 Tel.:
Tel.: (212) 446-4800

Kristen P.L. Reichenbach
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Tel.: (415) 439-1400

*Attorneys for Defendant*
*Teva Pharmaceuticals USA, Inc.*